O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

YOLANDA BARBARA CARSON,

                Plaintiff,

        v.

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,

                Defendant.

NO. CV 14-2219-KLS

JUDGMENT

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATED: August 19, 2015

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE