# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA BARBARA CARSON,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security<br><br>Defendant.<br>_____ | )  NO. CV 14-2219-KLS<br>)<br>)<br>)  ORDER AWARDING EQUAL ACCESS TO<br>)  JUSTICE ACT ATTORNEY FEES AND<br>)  EXPENSES PURSUANT TO 28 U.S.C. §<br>)  2412(d)<br>)<br>)<br>) |

Based upon the parties' Stipulation For Payment Of EAJA Fees ("Stipulation"), which was filed on October 6, 2015, IT IS ORDERED that attorney fees in the amount of $4,900.00 as authorized by 28 U.S.C. § 2412(d) shall be awarded, subject to terms of the Stipulation.

DATED: October 7, 2015

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1